THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MV TRANSPORTATION, INC., a California corporation, <br><br> Defendant. | NO. 2:20-cv-01354-BJR <br><br> **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** |

Having considered the parties' Joint Stipulation to Extend Defendant's Deadline to Respond to Complaint, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT,

1. The parties' stipulation at is GRANTED; and
2. Defendant shall have until October 2, 2020 to file its response to the Complaint in this matter.

ENTERED this 18th day of September, 2020

_____
THE HONORABLE BARBARA J. ROTHSTEIN