THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>                      Plaintiff, <br><br>   v. <br><br> MV TRANSPORTATION, INC., a California corporation, <br><br>                    Defendant. | NO. 2:20-cv-01354-BJR <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND CASE DEADLINES** |

Having considered the parties' Joint Stipulation to Extend Case Deadlines, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT,

1. The parties' stipulation is granted;

2. The Court's Order Setting Trial Dates and Related Dates is modified as follows:

| | |
|---|---|
| BENCH TRIAL DATE | February 7, 2022 |
| Reports from expert witness under FRCP 26(a)(2) due | July 9, 2021 |
| Discovery completed by | April 30, 2021 |

ORDER GRANTING JOINT STIPULATION TO EXTEND
CASE DEADLINES (20-01354-BJR)– Page 1

| All dispositive motions must be filed by | September 7, 2021 |
|---|---|
| All motions *in limine* must be filed by | December 31, 2021 |
| Joint Pretrial Statement | January 7, 2022 |
| Pretrial conference | January 24, 2022, 10 am |

ENTERED this 5th day of March, 2021

s/Barbara J. Rothstein
THE HONORABLE BARBARA J. ROTHSTEIN

ORDER GRANTING JOINT STIPULATION TO EXTEND
CASE DEADLINES (20-01354-BJR)– Page 2