THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MV TRANSPORTATION, INC., a California corporation, <br><br> Defendant. | NO. 2:20-cv-01354-BJR <br><br> STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

## STIPULATION

All the undersigned parties hereby stipulate to dismissal of this action under Rule 41(a)(1)(A)(ii) with prejudice, and without an award of costs to and fees to any party. This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, August 2016 through December 2019 and March 2020, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than August 2016 through December 2019 and March 2020.

STIPULATION AND ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE (20-1354-BJR) – Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 38685393.1

A proposed form of order accompanies this stipulation.

| | |
|---|---|
| DATED: April 28, 2021<br>REID, McCARTHY, BALLEW &<br>LEAHY, L.L.P.<br><br>By: s/Russell Reid (with permission)<br>Russell Reid, WSBA #2560<br>100 West Harrison Street<br>North Tower, Suite 300<br>Seattle, WA 98119<br>Phone: 206-285-0464<br>Fax: 206-285-8925<br>Email: rjr@rmbllaw.com<br>Attorney for Plaintiff | FISHER & PHILLIPS, LLP<br><br>By: s/Clarence M. Belnavis<br>Clarence M. Belnavis, WSBA #36681<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>Phone: (206) 682-2308<br>Email: cbelnavis@fisherphillips.com<br><br>Alanna R. Brook, AZSBA #028018 (*admitted pro hac vice*)<br>3200 N. Central Avenue, Suite 1550<br>Phoenix, Arizona 85012-2487<br>Phone: (602) 281-3400<br>Facsimile: (602) 281-3401<br>Email: abrook@fisherphillips.com<br>Attorneys for Defendant |

STIPULATION AND ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE (20-1354-BJR) – Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 38685393.1

**ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that this action is dismissed with prejudice. This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, August 2016 through December 2019 and March 2020, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than August 2016 through December 2019 and March 2020.

DATED this 29th day of April 2021.

*Barbara J. Rothstein*
JUDGE BARBARA J. ROTHSTEIN

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE (20-1354-BJR) – Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 38685393.1